**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

W.W.,

Plaintiff,

v. Case No. 6:24-CV-01068-JSS-RMN

ORLANDO HEALTH, INC.,

Defendant.

---

**DEFENDANT ORLANDO HEALTH, INC.'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, Orlando Health, Inc. ("Orlando Health"), by and through its undersigned attorneys, respectfully submits this Notice of Supplemental Authority concerning the United States District Court for the Southern District of Indiana's ruling in *Jane Doe v. Upperline Health, Inc. d/b/a Upperline Health Indiana*, Case No. 1:23-cv-01261-RLY-CSW. A copy of the *Upperline* decision on Defendant's Motion to Dismiss is attached to this Notice. The District Court's ruling in *Upperline* is relevant to Orlando Health's arguments in its Motion to Dismiss Plaintiff's Complaint, Doc. 17, that the allegations in Plaintiff's Complaint regarding the use of the Website and Patient Portal are insufficient to support the claims alleged in the Complaint.

Respectfully submitted this 26th day of September, 2024.

**BAKER & HOSTETLER LLP**

*/s/ Yameel L. Mercado Robles*
Julie Singer Brady
Florida Bar No. 389315
Email: jsingerbrady@bakerlaw.com
Yameel L. Mercado Robles
Florida Bar No. 1003897
Email: ymercadorobles@bakerlaw.com
200 South Orange Avenue, Suite 2300
Orlando, FL 32801-3432
(407) 649-4000

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Yameel L. Mercado Robles*
Yameel L. Mercado Robles