**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

W.W.,

Plaintiff,

v. Case No. 6:24-CV-01068-JSS-RMN

ORLANDO HEALTH, INC.,

Defendant.

---

**DEFENDANT ORLANDO HEALTH, INC.'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, Orlando Health, Inc. ("Orlando Health"), by and through its undersigned attorneys, respectfully submits this Notice of Supplemental Authority concerning the United States District Court for the District of Arizona's ruling in *George Williams, et al. v. TMC Health*, No. CV-23-00434-TUC-SHR. A copy of the *TMC Health* decision on the defendant's motion to dismiss is attached to this Notice as **Exhibit A**. The District Court's ruling in *TMC Health* at pages 6-8 is relevant to Orlando Health's arguments in its Motion to Dismiss Plaintiff's Complaint that Count II of the Complaint fails because Plaintiff has not sufficiently alleged a criminal or tortious purpose (Doc. 17 at pp. 12-16). The district court in *TMC Health* held:

> [A]ll the facts Plaintiffs alleged regarding Defendant's purpose in intercepting the communications point to one conclusion—a non-criminal, non-tortious purpose. Even if Defendant had an improper purpose, Plaintiffs' ECPA claim would fail for an independent reason—the Website cannot distinguish between who is a patient and who is not a patient clicking on the

> "patient portal" link. Therefore, the disclosure of data regarding what healthcare information someone searches for and whether someone clicks on the patient portal link does not *necessarily* implicate HIPAA.

Ex. A at 8:9-16.

The district court's decision in *TMC Health* is also relevant to Defendant's argument in the Motion to Dismiss that the allegations in the Complaint are insufficient to support claims for invasion of privacy, breach of implied contract, and unjust enrichment (Doc. 17 at pp. 19-25). *See* Ex. A at 13:11-14:5 (invasion of privacy), 14:13-15:13 (breach of implied contract), and 16:12-21 (unjust enrichment).

Respectfully submitted this 4th day of October, 2024.

**BAKER & HOSTETLER LLP**

*/s/ Yameel L. Mercado Robles*
Julie Singer Brady
Florida Bar No. 389315
Email: jsingerbrady@bakerlaw.com
Yameel L. Mercado Robles
Florida Bar No. 1003897
Email: ymercadorobles@bakerlaw.com
200 South Orange Avenue, Suite 2300
Orlando, FL 32801-3432
(407) 649-4000

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Yameel L. Mercado Robles*
Yameel L. Mercado Robles