IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| W.W.,<br><br>Plaintiff,<br><br>v.<br><br>Orlando Health, Inc.,<br><br>Defendant. | Case No. 6:24-cv-01068 |

**DEFENDANT ORLANDO HEALTH, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Orlando Health, Inc. ("**Orlando Health**"), by and through its undersigned counsel, hereby answers the corresponding paragraphs of Plaintiff's Class Action Complaint ("**Complaint**") (ECF 1) as follows:

1. The allegations in paragraph 1 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Orlando Health denies the allegation contained in paragraph 1 and specifically denies that it engaged in any "unlawful practice" or ever disclosed any "Private Information" as defined in paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint does not include any allegations about Orlando Health and, therefore, no response is required. To the extent a response is required, Orlando Health denies that it has unlawfully disclosed a patient's or prospective patient's confidential health information or mishandled the same.

3. Orlando Health admits only that it owns and controls

https://www.orlandohealth.com (the "**Website**") which provides certain information and resources to patients and the general public, including the ability to search for medical providers. Orlando Health denies all other remaining allegations in paragraph 3 of the Complaint.

4. Orlando Health admits only that a person may navigate to the MyChart Patient Portal through a link available on the Website and that the password-protected MyChart Patient Portal provides patients with certain information and features relating to their healthcare. Orlando Health otherwise denies the allegations in paragraph 4 of the Complaint.

5. Orlando Health denies the allegations in paragraph 5 of the Complaint.

6. Orlando Health is without knowledge as to what Plaintiff and other putative class members know and, therefore, denies the allegations in paragraph 6 of the Complaint. Orlando Health denies that Plaintiff's definition and characterization of "Tracking Tools" is accurate or a legally defined term and denies all other allegations in paragraph 6 of the Complaint.

7. Paragraph 7 of the Complaint does not include any allegations about Orlando Health and, therefore, no response is required. To the extent a response is required, Orlando Health denies Plaintiff's characterization and definition of the alleged technologies.

8. Orlando Health denies the allegations in paragraph 8 of the Complaint.

9. Orlando Health denies that its public-facing Website allows website visitors to undertake all of the actions set forth in Paragraph 9 of the Complaint and

denies the remaining allegations in paragraph 9 of the Complaint.

10. Orlando Health denies the allegations in paragraph 10 of the Complaint.

11. Paragraph 11 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health admits only that Plaintiff purports to quote language appearing in a citation in the opinion found at *Brown v. Google LLC*, 685 F.Supp.3d 909, 925 n.11 (N.D. Cal. 2023). Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations concerning Google's alleged actions contained in paragraph 11 and therefore denies the same. Orlando Health denies all other allegations in paragraph 11 of the Complaint.

12. Orlando Health denies the allegations in paragraph 12 of the Complaint.

13. Orlando Health admits only that it is a healthcare entity and that the disclosure of certain health information and medical communications is regulated. The remainder of paragraph 13 contains legal conclusions to which no response is required. To the extent a response is required, Orlando Health admits only that the United States Department of Health and Human Services ("HHS") has promulgated rules governing the use and disclosure of protected health information and individually identifiable health information, as those terms are statutorily defined, and that the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") governs the same as well. Orlando Health denies that it has violated any provision of HIPAA through operation of the Website and denies that HIPAA gives rise to any private right of action.

14. Paragraph 14 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health denies that it violated any provision of HIPAA through operation of the Website or MyChart Patient Portal.

15. Paragraph 15 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health admits only that Plaintiffs appears to quote a statement from the Federal Trade Commission (FTC) in paragraph 15 of the Complaint. Orlando Health denies that it has made impermissible disclosures of personal health information and denies the remaining allegations of paragraph 15.

16. Paragraph 16 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that it has violated any Florida laws through operation of the Website, including the Florida Security of Communications Act, § 456.057, Fla. Stat., or any privacy rights of individuals.

17. Paragraph 17 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health admits only that the Plaintiff purports to quote from § 456.057(1), Fla. Stat. and denies that it has violated such statute or any other law through operation of the Website.

18. Orlando Health denies the allegations in paragraph 18 of the Complaint.

19. Orlando Health denies the allegations in paragraph 19 of the Complaint.

20. Orlando Health is without knowledge as to what the healthcare patients

referenced in this paragraph anticipate or expect and therefore denies said allegation. Paragraph 20 also includes allegations against Google and Facebook to which no response is required by Orlando Health. Orlando Health denies all remaining allegations in paragraph 20 of the Complaint.

21. Orlando Health denies that it has sent Private Information (as that term is defined in the Complaint) to Facebook or Google.

22. Orlando Health denies the allegations in paragraph 22 of the Complaint.

23. Orlando Health denies the allegations in paragraph 23 of the Complaint.

24. Orlando Health admits only that Plaintiff brings the causes of action alleged in the Complaint (except Count IV which has been dismissed by the Court). Orlando Health denies that Plaintiff has been harmed, denies that Plaintiff has stated a claim upon which relief may granted on either her behalf or on behalf of a putative class, denies that Plaintiff or any putative class is entitled to any relief whatsoever, whether at law or equity, and denies that it has engaged in any wrongdoing.

## PARTIES

25. Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 25 and therefore denies the same.

26. Orlando Health, Inc. admits that it is a not-for-profit healthcare organization that serves Florida with its corporate headquarters at 1414 Kuhl Ave., Orlando, Florida.

27. Orlando Health admits that it has numerous medical facilities in Florida

and that the Complaint describes the facilities as previously set forth on the Website.

28. Orlando Health admits that it is a covered entity under the Health Insurance Portability and Accountability Act of 1996 ("HIPPA"). Orlando Health denies that it has violated any provision of HIPAA and denies that HIPAA provides any private cause of action for the allegations made in the Complaint.

## JURISDICTION & VENUE

29. Orlando Health admits only that this Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332(d). Orlando Health denies that Plaintiff or any putative class member is entitled to any relief whether at law or equity or that Plaintiff has stated a claim upon which relief may be granted.

30. Orlando Health admits only that this Court has federal question jurisdiction over this action because Plaintiff asserts a claim under the ECPA (18 U.S.C. §2511). Orlando Health denies that Plaintiff or any putative class member is entitled to any relief whether at law or equity or that Plaintiff has stated a claim upon which relief may be granted under the ECPA.

31. Orlando Health admits only that this Court has personal jurisdiction over Orlando Health because its principal place of business is in this district. Orlando Health denies that it engaged in any acts or omissions giving rise to the claims asserted in the Complaint and denies the remainder of the allegations in paragraph 31 of the Complaint.

32. Orlando Health admits only that venue is proper in this Court.

## COMMON FACTUAL ALLEGATIONS

33. Paragraph 33 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health admits only that HHS issued the rulemaking notice referenced in paragraph 33 of the Complaint.

34. Paragraph 34 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health admits only that Plaintiff purports to quote certain statements in 78 Fed. Reg. 5598. Orlando Health denies any allegations against it in paragraph 34 of the Complaint.

35. Paragraph 35 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health admits only that in December 2022, the HHS issued a bulletin and that Plaintiff purports to quote from the same. Orlando Health denies that it has violated HIPAA or any other laws or regulations, denies that it has disclosed patient information to unauthorized third parties, and denies any remaining allegations in paragraph 35 of the Complaint directed to it.

36. Paragraph 36 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health admits only that Plaintiff purports to quote from an HHS bulletin. Orlando Health denies that it violated HIPPA and denies any other allegations against it in paragraph 36 of the Complaint directed to it.

37. Paragraph 37 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health denies that it has violated any laws or regulations, including HIPPA, and denies that it has not fulfilled any obligations to patient information. Orlando Health denies any remaining allegations in paragraph 37 of the Complaint directed to it.

38. Paragraph 38 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health admits only that Plaintiff purports to quote from an HHS bulletin. Orlando Health denies that it violated any rules or regulations, including HIPPA, and denies any remaining allegations in paragraph 38 of the Complaint directed to it.

39. Orlando Health admits only that Plaintiff purports to quote statements from a public template letter. Orlando Health denies that it has engaged in any wrongdoing and that any admonishments were directed to it. Orlando Health denies any remaining allegations in paragraph 39 of the Complaint directed to it.

40. Orlando Health denies that it engaged in any unlawful data-sharing practices. The remainder of paragraph 40 of the Complaint does not contain any allegations directed to Orlando Health.

41. Paragraph 41 of the Complaint does not contain any allegations directed to Orlando Health and, therefore, no response is required. To the extent a response is required, Orlando Health admits paragraph 41 of the Complaint.

42. Paragraph 42 of the Complaint does not contain allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 42 and therefore denies the same.

43. Paragraph 43 of the Complaint does not contain allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 43 and therefore denies the same.

44. Paragraph 44 of the Complaint does not contain allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 44 and therefore denies the same.

45. Orlando Health denies the allegations in paragraph 45 of the Complaint.

46. Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 46 and therefore denies the same.

47. Orlando Health admits only that Paragraph 47 of the Complaint purports to contain a screenshot from the Website at a point in time. Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the

remainder of the allegations in Paragraph 47 of the Complaint and therefore denies the same.

48. Paragraph 48 of the Complaint does not contain allegations regarding Orlando Health and, therefore, no response is required. To the extent a response is required, Orlando Health denies the allegations in paragraph 48 of the Complaint.

49. Orlando Health denies the allegations in paragraph 49 of the Complaint.

50. Orlando Health denies the allegations in paragraph 50 of the Complaint.

51. Orlando Health denies the allegations in paragraph 51 of the Complaint.

52. Orlando Health denies the allegations in paragraph 52 of the Complaint.

53. Orlando Health denies the allegations in paragraph 53 of the Complaint.

54. Orlando Health denies the allegations in paragraph 54 of the Complaint.

55. Paragraph 55 of the Complaint does not contain allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 55 and therefore denies the same.

56. Paragraph 56 of the Complaint does not contain allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 56 and therefore denies the same.

57. Orlando Health denies the allegations in paragraph 57 of the Complaint.

58. Orlando Health denies the allegations in paragraph 58 of the Complaint.

59. Orlando Health denies the allegations in paragraph 59 of the Complaint.

60. Orlando Health denies the allegations in paragraph 60 of the Complaint.

61. Orlando Health denies the allegations in paragraph 61 of the Complaint.

62. Orlando Health denies that it has disclosed the Private Information of Plaintiff or any putative class members. Orlando Health is without knowledge as to what Plaintiff and putative class members believed and, therefore, denies Plaintiff's allegations regarding the same. Orlando Health denies all other allegations in paragraph 62 of the Complaint.

63. Orlando Health denies that it has disclosed the Private Information of Plaintiff or any putative class members. Orlando Health is without knowledge as to Plaintiff's and putative class member's individual intent and, therefore, denies Plaintiff's allegation regarding the same. Orlando Health denies all other allegations in paragraph 63 of the Complaint.

64. Orlando Health denies the allegations in paragraph 64 of the Complaint.

65. Orlando Health denies the allegations in paragraph 65 of the Complaint.

66. Orlando Health denies the allegations in paragraph 66 of the Complaint.

67. Paragraph 67 of the Complaint does not contain allegations directed to Orlando Health and, therefore, a response is not required. To the extent a response is required, Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 67 and therefore denies the same.

68. Orlando Health denies the allegations in paragraph 68 of the Complaint and specifically denies that it engaged the actions described at (1)-(3).

69. Orlando Health denies the allegations in paragraph 69 of the Complaint.

70. Orlando Health denies that it unlawfully transmitted any information and denies the remaining allegations in paragraph 70 of the Complaint.

71. The allegations in paragraph 71 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health admits only that paragraph 71 appears to depict a webpage with the filters mentioned in the hypothetical in paragraph 71 applied.

72. The allegations in paragraph 72 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 72 of the Complaint.

73. The allegations in paragraph 73 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 73 of the Complaint.

74. The allegations in paragraph 74 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 74 of the Complaint.

75. The allegations in paragraph 75 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health admits only that paragraph 75 appears to depict an image purportedly taken from a webpage on the Website.

76. The allegations in paragraph 76 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the hypothetical in paragraph 76 of the Complaint and therefore denies the same.

77. The allegations in paragraph 77 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies that any "Private Information" in violation of any laws is conveyed in this hypothetical example and otherwise denies the allegations in paragraph 77 of the Complaint.

78. The allegations in paragraph 78 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies that any "Private Information" in violation of any laws is conveyed in this hypothetical example and otherwise denies the allegations in paragraph 78 of the Complaint.

79. The allegations in paragraph 79 of the Complaint pertain to a

hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 79 of the Complaint.

80. The allegations in paragraph 80 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies that any "Private Information" in violation of any laws is conveyed in this hypothetical example and otherwise denies the allegations in paragraph 80 of the Complaint.

81. Orlando Health denies the allegations in paragraph 81 of the Complaint.

82. The allegations in paragraph 82 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 82 of the Complaint.

83. The allegations in paragraph 83 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 83 of the Complaint.

84. The allegations in paragraph 84 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 84 of the Complaint.

85. The allegations in paragraph 85 of the Complaint pertain to a

hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 85 of the Complaint.

86. The allegations in paragraph 86 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 86 of the Complaint.

87. The allegations in paragraph 87 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. Further, paragraph 87 does not contain factual allegations but, rather, Plaintiff's opinions and conclusions as to what is "unacceptable" and "legitimate," which do not require a response. To the extent a response is required, Orlando Health denies the allegations in paragraph 87 of the Complaint.

88. The allegations in paragraph 88 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 88 of the Complaint.

89. The allegations in paragraph 89 of the Complaint pertain to a hypothetical "patient;" therefore, there are no factual allegations for Orlando Health to admit or deny. To the extent a response is required, Orlando Health denies the allegations in paragraph 89 of the Complaint.

90. Orlando Health denies the allegations in paragraph 90 of the Complaint.

91. Orlando Health denies the allegations in paragraph 91 of the Complaint.

92. Orlando Health denies the allegations in paragraph 92 of the Complaint.

93. Orlando Health denies the allegations in paragraph 93 of the Complaint.

94. Orlando Health denies that it disclosed Private Information of Plaintiff or any putative class members and otherwise denies the allegations in paragraph 94 of the Complaint.

95. Orlando Health admits only that Plaintiff has received healthcare services within Orlando Health's network. Orlando Health is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 95 of the Complaint and therefore denies the same.

96. Orlando Health denies the allegations in paragraph 96 of the Complaint.

97. Orlando Health is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 97 of the Complaint and therefore denies the same.

98. Orlando Health is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 98 of the Complaint and therefore denies the same.

99. Orlando Health is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 99 of the Complaint and therefore denies the same.

100. Orlando Health is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 100 of the

Complaint and therefore denies the same. Orlando Health denies that certain of the activities set forth in paragraph 100 of the Complaint can be done on the public portions of the Website and otherwise denies the allegations in paragraph 100 of the Complaint.

101. Orlando Health is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 101 of the Complaint as to how Plaintiff used the Website and therefore denies the same. Orlando Health denies that it communicated any of Plaintiff's PHI to any third party.

102. Orlando Health denies the allegations in paragraph 102 of the Complaint.

103. Orlando Health denies the allegations in paragraph 103 of the Complaint.

104. Orlando Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 104 and therefore denies the same.

105. Orlando Health denies the allegations in paragraph 105 of the Complaint.

106. Orlando Health is without knowledge as to Plaintiff's expectations, and therefore denies same. Orlando Health otherwise denies the allegations in paragraph 106 of the Complaint, including denying that it unlawfully transmitted any Private Information of Plaintiff, as that term is defined in the Complaint.

107. Orlando Health denies that it disclosed any Private Information of Plaintiff to any Unauthorized Parties or that it used any of Plaintiff's Private Information, as that term is defined in the Complaint, for any purpose other than to offer or provide medical services to Plaintiff.

108. Orlando Health denies the allegations in paragraph 108 of the Complaint.

109. Orlando Health denies the allegations in paragraph 109 of the Complaint.

110. Orlando Health is without sufficient knowledge or information as to what Plaintiff observed to form a belief as to the truth or falsity of the allegations contained in paragraph 110 of the Complaint and therefore denies the same.

111. Orlando Health denies the allegations in paragraph 111 of the Complaint.

112. Orlando Health denies the allegations in paragraph 112 of the Complaint.

113. Orlando Health denies the allegations in paragraph 113 of the Complaint.

114. Orlando Health is without knowledge as to Plaintiff's continued interests and therefore denies same. Orlando Health denies it engaged in any unauthorized disclosure of Private Information and denies all remaining allegations in paragraph 114 of the Complaint.

115. Paragraph 115 does not contain allegations about Orlando Health; therefore, no response is required. Paragraph 115 constitutes legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that it has violated HIPAA or any other federal law in its operation of the Website.

116. Paragraph 116 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health denies that it has violated HIPAA in its operation of the Website.

117. Paragraph 117 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health

admits only that Plaintiff purports to quote a portion of the definition of "protected health information" found at 45 C.F.R. § 160.103. Orlando Health denies it violated HIPPA and denies any allegations against it in paragraph 117 of the Complaint.

118. Paragraph 118 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health admits only that Plaintiff purports to quote portions of the definition of "Individually identifiable health information" found at 45 C.F.R. § 160.103. Orlando Health denies any allegations against it in paragraph 118 of the Complaint.

119. Paragraph 119 does not contain allegations about Orlando Health; therefore, no response is required. Paragraph 119 constitutes legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that it has violated HIPAA in its operation of the Website.

120. Paragraph 120 does not contain allegations about Orlando Health; therefore, no response is required. Paragraph 120 constitutes legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that it has violated HIPAA in its operation of the Website, including denying that it did not maintain appropriate safeguards.

121. Paragraph 121 does not contain allegations about Orlando Health; therefore, no response is required. Paragraph 121 constitutes legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that it has violated HIPAA in its operation of the Website, including denying that it violated 42 U.S.C. §§ 1320d-1320d-9.

122. Defendant denies that it is "knowingly disclosing individually identifiable health information" through its operation of the Website, denies that its actions in its operation of the Website subjects it to any criminal or civil penalties under HIPAA, denies that it violated HIPAA in its operation of the Website and denies any remaining allegations in paragraph 122 of the Complaint.

123. Paragraph 123 does not contain allegations about Orlando Health; therefore, no response is required. Paragraph 123 constitutes legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that it has violated HIPAA in its operation of the Website and denies any remaining allegations in paragraph 123 of the Complaint.

124. Paragraph 124 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health admits only that Plaintiff purports to quote statements from an HHS guidance. Orlando Health denies any allegations against it in paragraph 124 of the Complaint, including denying that it violated HIPAA in its operation of the Website.

125. Paragraph 125 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health admits only that Plaintiff purports to quote statements from an HHS guidance. Orlando Health denies any allegations against it in paragraph 125 of the Complaint, including denying that it violated HIPAA in its operation of the Website.

126. Paragraph 126 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health

denies that it has violated HIPAA in its operation of the Website.

127. Paragraph 127 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health admits only that Plaintiff purports to quote statements from an HHS bulleting and denies that it has violated HIPAA in its operation of the Website.

128. Orlando Health denies the allegations in paragraph 128 of the Complaint.

129. Paragraph 129 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health denies that it has violated any Florida laws in its operation of the Website.

130. Paragraph 130 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health denies that it disclosed patient records and denies that it has violated any Florida laws in its operation of the Website.

131. Orlando Health denies the allegations in paragraph 131 of the Complaint.

132. Orlando Health denies the allegations in paragraph 132 of the Complaint.

133. Paragraph 133 does not contain allegations about Orlando Health; therefore, no response is required. Further, Paragraph 133 does not contain factual allegations, but Plaintiff's own opinion of a medical provider's duty; therefore, no response is required. To the extent a response is required, Orlando Health denies that it has violated any duty of confidentiality that could be owed.

134. Paragraph 134 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health

denies that it has not acted in accordance with any applicable code of ethics.

135. Paragraph 135 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health admits only that paragraph 135 purports to quote from the AMA Code of Ethics; Orlando Health denies that it has not acted in accordance with any applicable code of ethics in its operation of the Website.

136. Paragraph 136 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health admits only that paragraph 136 purports to quote from the AMA Code of Ethics. Orlando Health denies that it has not acted in accordance with any applicable code of ethics in its operation of the Website.

137. Paragraph 137 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health admits only that paragraph 137 purports to quote from the AMA Code of Ethics. Orlando Health denies that it has not acted in accordance with any applicable code of ethics in its operation of the Website.

138. Orlando Health is without knowledge as to what Plaintiff and putative class member were "aware of" and therefore denies the allegation in paragraph 138 of the Complaint. Orlando Health denies that it has violated any duty of confidentiality that could be owed to patients in its operation of the Website.

139. Orlando Health is without knowledge as to Plaintiff's and putative class members' expectations and therefore denies the allegations in paragraph 139 of the

Complaint. Orlando Health denies all remaining allegations in paragraph 139 of the Complaint, including specifically denying that it shared any Private Information, as defined in the Complaint, of its patients in its operation of the Website.

140. Orlando Health is without knowledge as to what Plaintiff and putative class members would have done and therefore denies same. Orlando Health denies it disclosed Private Information, as that term is defined in the Complaint, and denies any remaining allegations in paragraph 140 of the Complaint.

141. Orlando Health denies the allegations in paragraph 141 of the Complaint.

142. Paragraph 142 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health denies that Plaintiff's definition of an IP address is accurate.

143. Paragraph 143 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health denies that Plaintiff's explanation of an IP address is accurate, including denying that an IP address is tied to a specific individual.

144. Paragraph 144 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 144 of the Complaint about the actions of Facebook and therefore denies the same, including denying that an IP address is tied to a specific individual.

145. Paragraph 145 of the Complaint does not contain allegations about

Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 145 of the Complaint about the percentage of online websites using Google services or tools and therefore denies the same.

146. Paragraph 146 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 146 of the Complaint and therefore denies the same

147. Paragraph 147 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. Further, paragraph 147 is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies Plaintiff's conclusion is accurate and denies that it has violated HIPAA in its operation of the Website.

148. Paragraph 148 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies the allegations contained in paragraph 148 of the Complaint, and specifically denies that it violated HIPAA or any industry standards in its operation of the Website.

149. Orlando Health denies the allegations in paragraph 149 of the Complaint.

150. Paragraph 150 does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health

denies the allegations in paragraph 150 of the Complaint.

151. Orlando Health denies the allegations in paragraph 151 of the Complaint.

152. Orlando Health denies the allegations in paragraph 152 of the Complaint.

153. Paragraph 153 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 153 of the Complaint about Facebook's actions and therefore denies the same. Orlando Health denies all remaining allegations in paragraph 153 of the Complaint.

154. Paragraph 154 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 154 of the Complaint and therefore denies the same, including denying any allegation that it mines or sells data.

155. Paragraph 155 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 155 of the Complaint and therefore denies the same, including specifically denying that it disclosed any Private Information, as defined in the Complaint, through its operation of the Website.

156. Paragraph 156 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without knowledge as to the CNBC article referenced in paragraph 156 and therefore denies the allegations in paragraph 156 of the Complaint.

157. Paragraph 157 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 157 of the Complaint and therefore denies the same.

158. Paragraph 158 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. Further, paragraph 158 is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 158 of the Complaint and therefore denies the same, including specifically denying that it improperly disclosed any personal information.

159. Paragraph 159 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 159 of the Complaint about other companies and therefore denies the same.

160. Paragraph 160 of the Complaint does not contain allegations about

Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 160 of the Complaint about Facebook's actions and therefore denies the same.

161. Paragraph 161 of the Complaint does not contain allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 161 of the Complaint and therefore denies the same. Orlando Health denies that it disclosed any healthcare data in any unauthorized manner.

**TOLLING**

162. Paragraph 162 of the Complaint constitutes a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that any applicable statute of limitations has been tolled and denies that Plaintiff's PII and PHI were intercepted, unlawfully disclosed to Facebook and Google, and kept secret and denies any remaining allegations against it in paragraph 162 of the Complaint.

**CLASS ACTION ALLEGATIONS**

163. Orlando Health admits only that Plaintiff purports to bring this action on behalf of herself and the proposed class identified in paragraph 163 of the Complaint. Orlando Health denies that this case can be maintained as a class action and denies that Plaintiff or any putative class member are entitled to any relief.

164. Orlando Health admits only that Plaintiff purports to bring this action on behalf of herself and the proposed classes identified in paragraph 164 of the Complaint. Orlando Health denies that this case can be maintained as a class action and denies that Plaintiff or any putative class member are entitled to any relief.

165. Orlando Health denies that this case can be maintained as a class action regardless of how the purported class is defined and denies that Plaintiff or any putative class member is entitled to any relief.

166. Orlando Health denies that this case can be maintained as a class action regardless of how the purported class is defined and denies that Plaintiff or any putative class member is entitled to any relief.

167. Paragraph 167 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that Plaintiff will be able to satisfy the numerosity requirement of Fed. R. Civ. P. 23 and denies that it "improperly disclosed" PII and PHI through this operation of the Website.

168. Paragraph 168 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that Plaintiff will be able to satisfy the commonality requirement of Fed. R. Civ. P. 23, and denies any and all allegations set forth in subparts (a)-(i), including that it improperly disclosed PII and PHI through its operation of the Website, that patients' Private Information was divulged through the Website, that it violated any applicable laws, statutes, or regulations or engaged in any unfair, unlawful or deceptive practices in its

operation of the Website, or that Plaintiff and any putative class members are entitled to any relief in this action.

169. Paragraph 169 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that Plaintiff will be able to satisfy the typicality requirement of Fed. R. Civ. P. 23 and denies that Plaintiff and the putative class members' Private Information was "compromised" as a result of Orlando Health's operation of its Website.

170. Paragraph 170 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that Plaintiff will be able to satisfy the adequacy requirement of Fed. R. Civ. P. 23, and denies that Plaintiff and the putative class had any rights infringed or suffered any damages as a result of Orlando Health's operation of its Website.

171. Paragraph 171 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that Plaintiff will be able to satisfy the superiority and manageability requirement of Fed. R. Civ. P. 23 and denies that Plaintiff and the putative class have any claims to be adjudicated.

172. Paragraph 172 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that this case is suitable for class treatment and denies the allegations as to its alleged actions and inactions set forth in paragraph 172 of the Complaint and denies that Plaintiff and the putative class are entitled to any relief in this Action.

173. Paragraph 173 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that this case is suitable for class treatment and denies the allegations set forth in paragraph 173 of the Complaint, including that it engaged in any "wrongs" or that Plaintiff and the putative class are entitled to any relief in this Action.

174. Paragraph 174 of the Complaint is a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that this case is suitable for class treatment and denies the allegations set forth in paragraph 174 of the Complaint, including that it engaged in any wrongful "uniform conduct" in its operation of the Website.

175. Orlando Health denies that class treatment is appropriate and denies the allegations contained in paragraph 175 of the Complaint, including the allegation that putative class members, as defined in the Complaint, can be identified.

176. Paragraph 176 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that a class-wide injunction is appropriate and denies the allegations contained in paragraph 176 of the Complaint, including the allegation that it disclosed and continues to disclose Private Information, as defined in the Complaint, and has acted or "continue[s] to act unlawfully."

177. Paragraph 177 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that injunctive and declaratory relief is appropriate and denies the allegations contained in

paragraph 177 of the Complaint, including the allegation that it has acted unlawfully or that injunctive and declaratory relief are appropriate.

178. Paragraph 178 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that issue certification is appropriate and denies any and all allegations set forth in subparts (a)-(g), including that it breached any legal duty, failed to comply with any policies, laws, regulations, and industry standards, or failed to implement and maintain reasonable security measures in its operation of the Website, or that Plaintiff and any putative class members are entitled to any relief in this action.

**<u>COUNT I</u>**
**VIOLATION OF THE FLORIDA SECURITY COMMUNICATIONS ACT**

179. Orlando Health reinstates and incorporates its responses to paragraphs 1-23, 28, and 33-178 of the Complaint as if fully stated herein.

180. Orlando Health admits only that Plaintiff purports to quote selected portions from the Florida Security Communications Act ("FSCA"). Orlando Health denies that it has intercepted Plaintiff or any putative class member's wire or electronic communications or done so without consent in its operation of the Website or otherwise violated the FSCA.

181. Orlando Health admits only that Plaintiff purports to quote selected portions from the FSCA. Orlando Health denies that Plaintiff's wire, oral or electronic communications have been intercepted in its operation of the Website, denies that it has violated the FSCA, and denies that Plaintiff or any putative class member is

entitled to any of the relief set forth in Fla. Stat. § 934.10.

182. Orlando Health admits only that Plaintiff purports to quote selectively defined terms in the FCSA. Orlando Health denies it has "intercepted" any "electronic communications" through use of a "device" as defined in the FSCA or otherwise violated the FSCA.

183. Orlando Health denies the allegations in paragraph 183 of the Complaint.

184. The allegations in paragraph 184 of the Complaint constitute a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies the allegations in paragraph 184 of the Complaint. Orlando Health denies that it violated any applicable law, statute, rule or regulation in its operation of the Website, including the FSCA.

185. Orlando Health denies the allegations in paragraph 185 of the Complaint.

186. Orlando Health denies the allegations in paragraph 186 of the Complaint.

187. Orlando Health denies the allegations in paragraph 187 of the Complaint, including each and every subpart therein.

188. Orlando Health denies the allegations in paragraph 188 of the Complaint.

189. The allegations in paragraph 189 of the Complaint constitute a legal conclusion to which no response is required. To the extent a response is required, Orlando Health denies that it has any liability under the FSCA.

190. Orlando Health denies the allegations in paragraph 190 of the Complaint.

191. Orlando Health denies the allegations in paragraph 191 of the Complaint.

192. Orlando Health denies the allegations in paragraph 192 of the Complaint.

193. Orlando Health denies the allegations in paragraph 193 of the Complaint, including denying that Plaintiff and any putative class members are entitled to any relief.

194. Orlando Health denies the allegations in paragraph 194 of the Complaint, including that it has any liability to Plaintiff or any putative class member or that Plaintiff or any putative class member are entitled to any relief.

**COUNT II**
**VIOLATONS OF ELECTRONIC COMMUNICATIONS PRIVACY ACT (“ECPA”)**

195. Orlando Health reinstates and incorporates its responses to paragraphs 1-23, 28, and 33-178 of the Complaint as if fully stated herein.

196. Paragraph 196 of the Complaint does not contain any allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health denies that Plaintiff’s overview of the ECPA is accurate and denies that it engaged in actions that are a violation of the ECPA.

197. Orlando Health admits only that the ECPA provides a private right of action. Orlando Health denies that Plaintiff’s summation of the ECPA is accurate or complete and denies that it violated the ECPA in its operation of the Website so as to entitle Plaintiff to any relief under the ECPA.

198. Orlando Health denies the allegations in paragraph 198 of the Complaint.

199. Orlando Health denies the allegations in paragraph 199 of the Complaint.

200. Orlando Health denies the allegations in paragraph 200 of the Complaint.

201. Orlando Health admits only that Plaintiff purports to quote a selected

portion from the definition of "content" in the ECPA. Orlando Health denies that any "content" of any "communication" was intercepted by its operation of the Website.

202. Orlando Health admits only that Plaintiff purports to quote a selected portion from the definition of "intercept" in the ECPA. Orlando Health denies that it intercepted the contents of any communications in its operation of the Website.

203. Orlando Health admits only that Plaintiff purports to quote a selected portion from the definition of "electronic, mechanical, or other device" in the ECPA. Orlando Health denies that (a)-(d) of paragraph 203 are "devices" as defined under the ECPA and denies that it "intercepted" the "contents" of any "communication" using a "device" in its operation of the Website.

204. Orlando Health denies the allegations in paragraph 204 of the Complaint.

205. Orlando Health denies the allegations in paragraph 205 of the Complaint.

206. Orlando Health denies the allegations in paragraph 206 of the Complaint.

207. Orlando Health denies the allegations in paragraph 207 of the Complaint.

208. Orlando Health denies the allegations in paragraph 208 of the Complaint.

209. Orlando Health denies the allegations in paragraph 209 of the Complaint.

210. Orlando Health denies the allegations in paragraph 210 of the Complaint.

211. Orlando Health denies the allegations in paragraph 211 of the Complaint.

212. Orlando Health admits only that it was not operating under color of law in operating its website. Orlando Health denies that it wrongfully intercepted any electronic communications in its operation of the Website in violation of the ECPA or

any other applicable federal or state statute or law.

213. Orlando Health denies that it acquired the contents of Plaintiff or putative class members' communications, denies that it invaded their privacy and denies that it took any unauthorized actions in violation of a common or statutory laws in its operation of the Website.

214. The allegations in paragraph 214 of the Complaint constitute legal conclusions, to which no response is required. To the extent a response is required, Orlando Health denies the allegations contained in paragraph 214 of the Complaint.

215. The allegations in paragraph 215 of the Complaint constitute legal conclusions, to which no response is not required. To the extent a response is required, Orlando Health denies that it acquired the contents of any communications, denies that its purpose was tortious or to violate any applicable laws and denies that it violated any federal and state laws. Orlando Health denies any remaining allegations in paragraph 215 of the Complaint.

**COUNT III**
**BREACH OF CONFIDENCE**

216. Orlando Health reinstates and incorporates its responses to paragraphs 1-23, 28, and 33-178 of the Complaint as if fully stated herein.

217. Paragraph 217 of the Complaint does not contain any allegations about Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health denies that it violated any duty that may have been owed to any of its patients through its operation of the Website.

218. The allegations in paragraph 218 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies that it disclosed any non-public medical information, including any communications between medical providers and patients through its operation of the Website.

219. Orlando Health denies the allegations in paragraph 219 of the Complaint.

220. Orlando Health denies that it disclosed any non-public medical information, including any communications between medical providers and patients through its operation of the Website and denies any remaining allegations in paragraph 220 of the Complaint.

221. Paragraph 221 of the Complaint does not include any allegations against Orlando Health; therefore, no response is required. To the extent a response is required, Orlando Health denies it breached any provider-patient confidentiality that may have been owed in its operation of the Website.

222. Orlando Health denies that it improperly disclosed patient-provider medical information communications, denied that it breached any obligations to Plaintiff or the putative class, and denies that it caused any damages to Plaintiff or the putative class – including each and every subpart of alleged damages set forth in paragraph 222. Orlando Health denies any remaining allegations in paragraph 222 of the Complaint.

**COUNT IV**
**INVASION OF PRIVACY**

223. Orlando Health reinstates and incorporates its responses to paragraphs 1-23, 28, and 33-178 of the Complaint as if fully stated herein.

224-36. On March 6, 2025, the Court dismissed Count IV of the Complaint (ECF 38). Accordingly, no response is required to paragraphs 224 through 236 of the Complaint.

**COUNT V**
**UNJUST ENRICHMENT**

237. Orlando Health reinstates and incorporates its responses to paragraphs 1-23, 28, and 33-178 of the Complaint as if fully stated herein.

238. Orlando Health denies the allegations in paragraph 238 of the Complaint.

239. Orlando Health denies the allegations in paragraph 239 of the Complaint.

240. Orlando Health denies the allegations in paragraph 240 of the Complaint.

241. Paragraph 241 of the Complaint constitutes legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies the allegations contained in paragraph 241 of the Complaint.

242. Orlando Health denies the allegations in paragraph 242 of the Complaint and denies that Plaintiff and the putative class are entitled to any relief.

**COUNT VI**
**BREACH OF IMPLIED CONTRACT**

243. Orlando Health reinstates and incorporates its responses to paragraphs 1-23, 28, and 33-178 of the Complaint as if fully stated herein.

244. Orlando Health denies the allegations in paragraph 244 of the Complaint.

245. Paragraph 245 of the Complaint constitutes legal conclusions to which no response is required. To the extent a response is required, Orlando Health denies the allegations contained in paragraph 245 of the Complaint, including denying the existence of any implied contracts.

246. Orlando Health is without knowledge as to what Plaintiff and putative class members would or would not have done and therefore denies the allegations in paragraph 246 of the Complaint. To the extent a response is required, Orlando Health denies the allegations in paragraph 246 of the Complaint, including denying the existence of any implied contracts.

247. Orlando Health denies the allegations in paragraph 247 of the Complaint, including denying the existence of any implied contracts.

248. Orlando Health denies the allegations in paragraph 248 of the Complaint, including denying the existence of any implied contracts.

## **PRAYER FOR RELIEF**

Orlando Health denies that Plaintiff and the putative class are entitled to any of the relief they seek in (A) through (G) of their Prayer for Relief, and denies the allegations contained in the Prayer for Relief in the Complaint.

## **DEMAND FOR JURY TRIAL**

Orlando Health demands proof that Plaintiff and the putative class are entitled to trial by jury on each of the claims in this Complaint as a matter of right.

## GENERAL DENIAL

Orlando Health denies each and every allegation in the Complaint that is not specifically admitted herein.

## AFFIRMATIVE DEFENSES

Without conceding that it bears the burden of proof as to any issue, Orlando Health asserts the following defenses to the Complaint:

1. Plaintiff's Complaint fails to state any claim upon which relief can be granted, including, but in no way limited to, the following: Orlando Health did not "intercept" the "contents" of any "communication" or "electronic communication" using a "device" to support a claim under the FSCA; lack of consideration, meeting of the minds, and alleged damages for Plaintiff's breach of implied contract claim; Orlando Health was not unjustly enriched, as defined under Florida law; the ECPA is a single-party consent statute and any alleged communications to third parties were consented to by Orlando Health; the ECPA's criminal or tortious conduct exception does not apply; and Orlando Health did not breach Plaintiff's confidence as the alleged "Private Information" is nothing more than Plaintiff's browsing activity.

2. Plaintiff and the putative class lacks standing because they are unable to prove any injury in fact fairly traceable to Orlando Health's alleged misconduct and therefore the Court lacks subject-matter jurisdiction over the Complaint.

3. Plaintiff's claims and those of the putative class are barred by the First and Fourteenth Amendments of the United States Constitution as Orlando Health's alleged conduct amounts to protected speech.

4. Plaintiff's claims and those of the putative class are preempted by federal law, to the extent they relate to Orlando Health's patient portal, as the federal government made it a federal governmental mission to allow individuals to access their health records over the Internet, and holding Orlando Health liable under Florida state law for alleged third-party disclosures made when a patient accesses their healthcare records online would conflict with this federal mission.

5. To the extent that Plaintiff and the putative class's claims rely, in whole or in part, on the Department of Health and Human Services' tracking technologies guidance, such guidance has been declared unlawful and vacated. *Am. Hospital Ass'n v. Becerra*, 738 F. Supp. 3d 780 (N.D. Tex. 2024). Moreover, this Court need not defer to the Department of Health and Human Services' guidance and must exercise its own independent judgment in evaluating the claims raised by Plaintiffs. *See id.*; *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024).

6. Plaintiff's claims and those of the putative class are or may be barred by the doctrines of waiver and/or release as the terms and conditions and/or privacy policy of Orlando Health that Plaintiff and the putative class assented to bars their claims, including with respect to the patient portal. Further, the claims may be barred, depending upon the facts determined in discovery, by any potential agreements they may have signed with Orlando Health or any other third-party relating to their claims.

7. Plaintiff's claims and those of the putative class are barred by consent because, without limitation, by using Orlando Health's website, she and the putative class members gave consent to Orlando Health's use of common website analytics

tools. Furthermore, by using the website, Plaintiff and the putative class consented to the Terms and Conditions and Privacy Policy which disclosed the use of common website analytics tools on the website and, thus, Plaintiff's provided consent to use of the same.

8. Plaintiff's claims and those of the putative class are barred by consent, public disclosure, and/or voluntary participation in public activities. By using Orlando Health's website, Plaintiff and the putative class members gave consent that all information and materials communicated to Orlando Health—if any—through its public website, including data, questions, comments, and suggestions, may be treated as non-confidential and could be used by Orlando Health for any purpose, including marketing.

9. Plaintiff's claims and those of the putative class are barred by estoppel as Plaintiff and the putative class have been on notice of Orlando Health's terms and conditions and/or privacy policy published on Orlando Health's website and consented to the same.

10. Plaintiff's claims and those of the putative class are barred under the doctrines of laches and/or acquiescence as Plaintiff and the putative class have been on notice of the terms and conditions and/or privacy policy of Orlando Health's website and consented to the same. Furthermore, Plaintiff unreasonably delayed in asserting her claims by waiting more than a year after her original complaint was dismissed to bring this action and such unreasonable delay has prejudiced Orlando Health.

11. Plaintiff's claims and those of the putative class are barred in whole or in part, because Orlando Health, at all times, acted in good faith and in compliance with applicable statutes and/or regulations.

12. Plaintiff's claims and those of the putative class are barred in whole or in part by Orlando Health's objectively reasonable belief that any use of the Pixel and other alleged "tracking technologies" on publicly accessible portions of the website www.orlandohealth.com was consented to and/or did not transmit "Private Information."

13. Plaintiff's claims and those of the putative class are or may be barred or must be reduced because they are based on conduct that occurred, if at all, outside of the statute of limitations, including but not limited to the two-year statute of limitations for Plaintiff's FSCA and ECPA claims.

14. The alleged actions or omissions of Orlando Health were not the legal or proximate cause of any alleged injuries to Plaintiff because Plaintiff has not been injured as a matter of law. Even if Plaintiff was injured as a matter of law, Orlando Health was not the legal or proximate cause of any alleged injuries to Plaintiff as there were superseding causes and/or actions conducted by Plaintiff, the putative class, or third parties that were the legal or proximate cause of Plaintiff's alleged injuries.

15. This case is improper for resolution on a class-wide basis because the putative class does not meet the requirements of Rule 23 of the Federal Rules of Civil Procedure. Specifically, Plaintiff is not an adequate representative of any purported class; her claim is not typical; common questions of law or fact affecting the individual

members of the class do not predominate; a class action is neither manageable nor superior; and/or there is no ascertainable class with a community of interest.

16. Plaintiff's theory of relief for her claims is unconstitutionally overbroad because her theory of relief infringes upon Orlando Health's protected speech and would result in an untenable interpretation of her claims.

17. Plaintiff and the putative class's causes of action are barred, in whole or in part, because there is no basis for injunctive relief in this action.

18. The damages suffered by Plaintiff and the putative class, if any, were the result of superseding and/or intervening causes, which actions bar, preclude, and/or diminish Plaintiff's and the putative class members' recovery against Orlando Health.

19. Plaintiff's claims and those of the putative class are barred or must be reduced by their failure to mitigate damages to the extent that Plaintiff and putative class members continued to use the Website with knowledge of, or when she and they should have had knowledge of, the widespread use of common third-party website analytics tools.

20. The imposition of any aggregated, class-wide damages in this case would be excessive and violate Orlando Health's due process and other Constitutional Rights.

21. Plaintiff's claims and those of the putative class are barred, in whole or in part, because their alleged damages were caused by Plaintiff's or the putative class members own actions or by a third party.

22. Plaintiff's claims and those of the putative class are barred, in whole or in part, by their assumption of the risk because, without limitation, Plaintiff and the putative class assumed the risk by using the Website with the understanding that most companies employ common website analytics tools that capture basic web browsing activities.

23. Plaintiff's claims and those of the putative class must be reduced, in whole or in part, by an appropriate set-off to the extent that plaintiff or the putative class members owe any amounts to Orlando Health.

24. Plaintiff and the putative class have suffered no actual injury or legally cognizable damages, and their purported damages, if any, are speculative and/or uncertain and, therefore, not compensable.

25. The damages suffered by Plaintiff and the putative class, if any, are limited to the amount they paid to access Orlando Health's public website as Plaintiff's damages, if any, stem from the use of Orlando Health's public website.

26. Plaintiffs' causes of action are barred, in whole or in part, by the statute of frauds, in that they are based on alleged promises or statements that were not reduced to writing between the parties.

**<u>Reservation of Rights</u>**

Orlando Health states that Plaintiff's filing of the Complaint with a pseudonym, the lack of fulsome discovery as to Plaintiff and her claims and the aggregated nature of Plaintiff's claim, in particular with respect to absent putative class members, makes an analysis of all potential affirmative defenses that might be applicable to Plaintiff

and any given absent class member infeasible at this time, and therefore expressly reserves the right to assert additional affirmative defenses as the case progresses.

Respectfully submitted this March 20, 2025.

**BAKER & HOSTETLER LLP**

*/s/ Yameel L. Mercado Robles*
Julie Singer Brady
Florida Bar No. 389315
Email: jsingerbrady@bakerlaw.com
Yameel L. Mercado Robles
Florida Bar No. 1003897
Email: ymercadorobles@bakerlaw.com
200 South Orange Avenue, Suite 2300
Orlando, FL 32801-3432
(407) 649-4000

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2025, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*s/ Yameel L. Mercado Robles*
Yameel L. Mercado Robles