IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| W.W., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Orlando Health, Inc.,<br><br>Defendant. | Case No. 6:24-cv-01068-JSS-RMN |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, W.W., and Defendant, Orlando Health, Inc., by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant action with prejudice with each party to bear its own costs and attorneys' fees.

DATED: February 13, 2026.

/s/ *Mariya Weekes*
Mariya Weekes (FL State Bar No. 56299)
MILBERG, PLLC
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131
Tel: (866) 252-0878
mweekes@milberg.com

Joseph M. Lyon*
Clint Watson*
THE LYON FIRM
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Fax: (513) 766-9011

/s/ *Julie Singer Brady*
Julie Singer Brady, Esq.
Florida Bar No. 0389135
Email: jsingerbrady@bakerlaw.com
Yameel L. Mercado Robles, Esq.
Florida Bar No. 1003897
Email: ymercadorobles@bakerlaw.com
BAKER & HOSTETLER LLP
200 S. Orange Ave., Suite 2300
Orlando, Florida 32801
Telephone: 407-649-4000
Facsimile: 407-841-0168
*Attorneys for Defendant*

jlyon@thelyonfirm.com
cwatson@thelyonfirm.com

W.B. Markovits*
Dylan J. Gould*
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court St., Ste. 530
Cincinnati, Ohio 4502
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com
Counsel for Plaintiff

* pro hac vice