UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

W.W.,

    Plaintiff,

v.                                                   Case No: 6:24-cv-1068-JSS-RMN

ORLANDO HEALTH, INC.,

    Defendant.
_____/

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant have filed a joint stipulation of dismissal with prejudice contemplating that each party will each bear its own fees and costs. (Dkt. 82.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). The rule "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Here, only Plaintiff and Defendant have appeared in this lawsuit, and both parties signed the stipulation through their legal counsel. (Dkt. 82 at 1–2.) Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are met.

Accordingly:

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorney fees and costs.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on February 13, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record